In the Matter of the Estate of WILLIAM B. HUGHES, Deceased.
CLIFTON O. HUGHES, et al., Appellants; ELMER E. KELLEY, as Executor, et al., Respondents.

(Argued November 17, 1930; decided December 2, 1930.)

*Charles E. Congdon* for Clifton O. Hughes, appellant.
*Herman Lavery* for executor, respondent.
*Henry P. Nevins* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and O'BRIEN, J.